# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILL BRIDGE V, INC. | : | |
| as successor to | : | |
| VAN DER MOOLEN OPTIONS USA, | : | |
| LLC c/o VAN DER MOOLEN | : | |
| SPECIALISTS, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 08-2806 |
| I. ISABELLE BENTON, | : | |
| BENTON PARTNERS II, LLP, | : | |
| JAMES KENKELEN, a transferee, and | : | |
| EILEEN WHITE, a transferee, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *21st* day of *December*, 2010, upon consideration of the Motion for Summary Judgment by Defendants I. Isabelle Benton and Benton Partners II, LLP (Docket No. 50), Defendants Statement of Undisputed Facts and Evidentiary Index (Docket No. 51), Plaintiff Mill Bridge V, Inc.'s Response (Docket No. 64), and Defendants' Reply Brief (Docket No. 69), and upon hearing oral argument by the parties, it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff. This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.
